UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Deonta Matthews,

    Defendant.

Criminal No. 14-cr-20655

Honorable Marianne O. Battani

## ORDER OF DISMISSAL FIRST SUPERSEDING INDICTMENT ONLY

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered First Superseding Indictment against Deonta Matthews. Accordingly, IT IS HEREBY ORDERED that the First Superseding Indictment against that defendant is dismissed. The case will continue to proceed as to the original Indictment filed on October 16, 2014.

Date:  May 4, 2015

    s/Marianne O. Battani
    MARIANNE O. BATTANI
    United States District Judge