3

14-20655

10/18/20

Dear Judge Batanni

Hi Judge Batanni I hope all is well with you. I am writing you this letter to thank you. And you may wonder what I am thanking you for. The last time I was in your courtroom, you asked me some questions that really stuck with me over the years. Those questions made me deeply reflect, and do alot of brain storming. "What can I do or say to younger boys and girls 16, 17, 18 years of age from facing prison time." So I have come up with some plans for helping the youth, motivational speaking for one part and raising awareness. Also getting funds to start vocational training for at risk youth. I feel obligated to give back because I know that I can make a great change. My sister told me that you believed in me, And that motivated me. Not

Only to come up with a plan but to apply myself as well. Once again I just wanted to say thank you.

Also I wanted you to ponder on when the day comes to start the programing. That we stand as one to show that we can stand together for a greater cause which is inspire and uplift the youth. Thank you your honor for your time.

Sincerely
Deonta Matthews

Deonta Matthews 50474-039
F.C.I Hazelton
P.O.B. 5000
Bruceton Mills, WV 26525

Legal Mail

Hon. Judge Marianne O. Battani
United States District Court
for the eastern District of Michigan
Theodore Levin Court House
231 W. Lafayette Blvd
Detroit, MI 48226

PITTSBURGH PA 150
12 NOV 2020 PM 2 L
48226-270099